AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. 4, Sec. 101-112)

| 1. n Reporting (Last name, first, middle initial)<br><br>Johnson, William P. | 2. Court or Organization<br><br>District Court - New Mexico | 3. Date of Report<br><br>08/03/2001 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge Nominee | 5. Report Type (check type)<br><br>X Nomination, Date 08/02/2001<br><br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br><br>01/01/2000<br>to<br>07/31/2001 |
| 7. Chambers or Office Address<br><br>Chaves County Courthouse<br><br>P.O. Box 1776<br><br>Roswell, NM 88202-1776 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

POSITION        NAME OF ORGANIZATION / ENTITY

[ ] NONE (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| 1 | State District Judge | Fifth Judicial District, State of New Mexico |
| 2 | Vice-Chairman | Governor's Juvenile Justice Advisory Committee |
| | Chairman | Board of Trustees (Directors), Camp Sierra Blanca, a non-profit entity |

## II. AGREEMENTS (Reporting individual only; see pp. 14-16 of Instructions.)

DATE        PARTIES AND TERMS

[ ] NONE (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | 2000-01 | State Employees Pension Fund; pension upon retirement, no control |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

DATE    SOURCE AND TYPE    GROSS INCOME (yours, not spouse's)

[ ] NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 1999 | State of New Mexico, District Judge Salary | 79,174.83 |
| 2 | 2000 | State of New Mexico, District Judge Salary | 79,463.23 |
| 3 | 6/30/01 | State of New Mexico, District Judge Salary | 40,796.08 |
| 4 | 2000 | State of New Mexico | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| ☐ NONE | (No such reportable reimbursements.) | |
| 1 | | EXEMPT |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| ☐ NONE | (No such reportable gifts.) | | |
| 1 | | EXEMPT | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| ☐ NONE | (No reportable liabilities.) | | |
| 1 | G.E. Capital Mortgage Services, Inc. | Mortgage on rental house, Albuquerque, NM | M |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

* VAL CODES: J=$15,000 or less  K=$15,001-$50,000  L=$50,001 to $100,000  M=$100,001-$250,000  N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P. | 08/03/2001 |

## VII. Page 1 INVESTMENTS and TRUSTS— income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Rental House, Albuquerque, NM | D | Rent | M | Q | EXEMPT | | | | |
| 2 Brokerage Account | | | | | EXEMPT | | | | |
| 3 IBM Common Stock | A | Dividend | K | T | EXEMPT | | | | |
| 4 Merrill Lynch Banking Advantage | A | Interest | J | T | EXEMPT | | | | |
| 5 Merrill Lynch IRA | | | | | EXEMPT | | | | |
| 6 Merrill Lynch Bank USA | B | None | J | T | EXEMPT | | | | |
| 7 Amazon Inc. common stock | | None | J | T | EXEMPT | | | | |
| 8 AOL Time Warner common stock | | None | K | T | EXEMPT | | | | |
| 9 Apache Corp. common stock | A | Dividend | J | T | EXEMPT | | | | |
| 10 Ascential Corp. common stock | | None | J | T | EXEMPT | | | | |
| 11 AT&T Wireless common stock | | None | J | T | EXEMPT | | | | |
| 12 At Home (ATHM) common stock | | None | J | T | EXEMPT | | | | |
| 13 AT&T common stock | A | Dividend | J | T | EXEMPT | | | | |
| 14 Atmel Corp. common stock | | None | J | T | EXEMPT | | | | |
| 15 Avaya Inc. common stock | | None | J | T | EXEMPT | | | | |
| 16 Biogen Inc. common stock | | None | J | T | EXEMPT | | | | |
| 17 Caldera International Inc. common stock | | None | J | T | EXEMPT | | | | |

| 1 Gain Codes: (B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P. | 08/03/2001 |

## VII. Page 2 INVESTMENTS and TRUSTS— income, value, transactions   (Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE   (No reportable income,assets, or transactions.) | | | | | | | | | |
| 18   CISCO Inc. common stock | | None | J | T | EXEMPT | | | | |
| 19   Dell Corp. common stock | | None | J | T | EXEMPT | | | | |
| 20   EMC Corp. common stock | | None | J | T | EXEMPT | | | | |
| 21   E Trade Inc. common stock | | None | J | T | EXEMPT | | | | |
| 22   LM Ericsson Tel. American Depository Receipt | | None | J | T | EXEMPT | | | | |
| 23   Gateway Inc. common stock | | None | J | T | EXEMPT | | | | |
| 24   Intel Corp. common stock | A | Dividend | J | T | EXEMPT | | | | |
| 25   Loral (LOR) common stock | | None | J | T | EXEMPT | | | | |
| 26   Lucent Inc. common stock | A | Dividend | J | T | EXEMPT | | | | |
| 27   McData Corp. common stock | | None | J | T | EXEMPT | | | | |
| 28   Merrill Lynch common stock | A | Dividend | J | T | EXEMPT | | | | |
| 29   Microsoft Corp. common stock | | None | J | T | EXEMPT | | | | |
| 30   Motorola Inc. common stock | A | Dividend | J | T | EXEMPT | | | | |
| 31   Network Assoc. common stock | | None | J | T | EXEMPT | | | | |
| 32   Nokia Corp. American Depository Receipt | A | Dividend | J | T | EXEMPT | | | | |
| 33   Nortel Corp. | A | Dividend | J | T | EXEMPT | | | | |
| 34   Novell Inc. common stock | | None | J | T | EXEMPT | | | | |

1 Inc/Gain Codes: A=$1,000 or less     B=$1,001-$2,500     C=$2,501-$5,000     D=$5,001-$15,000     E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS— income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 Oracle Corp. common stock | | None | J | T | EXEMPT | | | | |
| 36 Pacific Cent. (PCWKF) foreign stock | | None | J | T | EXEMPT | | | | |
| 37 Phillips Petr. common stock | A | Dividend | J | T | EXEMPT | | | | |
| 38 Safelink Corp. common stock | | None | J | T | EXEMPT | | | | |
| 39 Sun Microsystems com. stock | | None | J | T | EXEMPT | | | | |
| 40 Teradyne Inc. common stock | | None | J | T | EXEMPT | | | | |
| 41 Terayon Comm. common stock | | None | J | T | EXEMPT | | | | |
| 42 Walmart Inc. common stock | A | Dividend | J | T | EXEMPT | | | | |
| 43 Williams Com. (WCG) com. stock | | None | J | T | EXEMPT | | | | |
| 44 Williams Comp. common stock | A | Dividend | J | T | EXEMPT | | | | |
| 45 XYBR Corp. common stock | | None | J | T | EXEMPT | | | | |
| 46 Nuveen Ritten. Growth Fund | A | Dividend | J | T | EXEMPT | | | | |
| 47 Custodial Account #1 | | | | | EXEMPT | | | | |
| 48 American Century Select Fund | A | Dividend | J | T | EXEMPT | | | | |
| 49 Custodial Account #2 | | | | | EXEMPT | | | | |
| 50 American Century Select Fund | A | Dividend | J | T | EXEMPT | | | | |
| 51 Custodial Account #3 | | | | | EXEMPT | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less<br>O=$500,001-$1,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS-- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month- Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐  NONE   (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52     Paine Webber zero coup. bond | | None | J | T | EXEMPT | | | | |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less  F=$50,001-$100,000 | B=$1,001-$2,500  G=$100,001-$1,000,000 | C=$2,501-$5,000  H1=$1,000,001-$5,000,000 | D=$5,001-$15,000  H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less  O=$500,001-$1,000,000 | K=$15,001-$50,000  P1=$1,000,001-$5,000,000 | L=$50,001-$100,000  P2=$5,000,001-$25,000,000 | M=$100,001-$250,000  P3=$25,000,001-$50,000,000 | N=$250,001-$500,000  P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal  U=Book Value | R=Cost (real estate only)  V=Other | S=Assessment  W=Estimated | T=Cash/Market | |

## SECTION HEADING.   (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

### 1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Vice-Chairman | Program Development Cmte., Associated Marine Institutes, a non-profit entity |
| 5 | Custodian | Two college savings accounts |

### PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 6/30/01 | State of New Mexico | |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____ Date 8/6/01

Note: Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

**FILING INSTRUCTIONS**

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT
## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

### As of 6/20/01

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | $ 2,623.00 | Notes payable to banks - secured | $ 14,000.00 |
| U. S. Government securities-add schedule | 0 | Notes payable to banks-unsecured | 0 |
| Listed securities - add schedule | 0 | Notes payable to relatives | 0 |
| Unlisted securities - add schedule | 0 | Notes payable to others | 0 |
| Accounts and notes receivable: | 0 | Accounts and bills due | 0 |
| Due from relatives and friends | 0 | Unpaid income tax | 0 |
| Due from others | 0 | Other unpaid income and interest | 0 |
| Doubtful | 0 | Real estate mortgages payable - add schedule (see below) | 0 |
| Real estate owned - add schedule | $112,500.00 | Chattel mortgages and other liens payable | 0 |
| Real estate mortgages receivable | 0 | Other debts - itemize: | |
| Autos and other personal property | $ 20,000.00 | Personal residence mortgage | $ 78,858.00 |
| Cash value - life insurance | 0 | Home Equity Line/Credit Loan | $ 9,566.00 |
| Other assets itemize: See schedule | $157,005.00 | | |
| | | | |
| | | Total liabilities | $ 108,424.00 |
| | | Net Worth | $ 269,204.00 |
| Total Assets | $377,628.00 | Total liabilities and net worth | $ 377,628.00 |
| CONTINGENT LIABILITIES | | GENERAL INFORMATION | |
| As endorser, comaker or guarantor | 0 | Are any assets pledged? (Add schedule) 1998 Ford Expedition pledged to secure car loan. Personal residence is pledged to secure mortgage debt and home equity line of credit. | |
| On leases or contracts | 0 | Are you defendant in any suits or legal actions? | No |
| Legal Claims | 0 | Have you ever taken bankruptcy? | No |
| Provision for Federal Income Tax | 0 | | |
| Other special debt | 0 | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Johnson, William P. | Date of Report<br><br>08/03/2001 |
| --- | --- | --- |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Inc___ _part of report.)*

The liability referenced in Part VI was paid in full and asset #1 in Part VII was disposed of in June of 2000 when the rental house in Albuquerque was sold.